UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Rios,

              Plaintiff,                              20 Civ. 4369 (KMK)(AEK)

  -against-                               **CANCELLATION ORDER**

Saul,

              Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

In light of the letter filed by Plaintiff's counsel, ECF No. 14, the telephonic conference scheduled for Tuesday, January 12, 2021, at 12:00 p.m. before Magistrate Judge Krause is hereby **cancelled**.

Dated: January 6, 2021
       White Plains, New York

                                                **SO ORDERED.**

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge