UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Rios,

                Plaintiff,                          20 Civ. 4369 (KMK) (AEK)

   -against-                                    **ORDER**

Saul,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Due to an administrative oversight, the Court filed its Standing Order, In Re: Motions for Judgment on the Pleadings in Social Security Cases in this case today. Ordinarily, in accordance with the Standing Order, the certified transcript of administrative proceedings ("e-CAR") would have been due within 90 days after service of the summons and complaint, or by March 3, 2021. Because the Standing Order was only issued today, however, the time for filing the e-CAR is extended to **April 19, 2021**. Plaintiff's motion for judgment on the pleadings shall be served and filed by **June 18, 2021**; Defendant's opposition to the motion shall be served and filed by **August 17, 2021**; and Plaintiff's reply shall be served and filed by **September 7, 2021**.

Dated: March 18, 2021
       White Plains, New York

                                                    **SO ORDERED.**

                                           _____
                                           ANDREW E. KRAUSE
                                           United States Magistrate Judge