UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Rios,

                Plaintiff,                20 Civ. 4369 (KMK)(AEK)

   -against-                               **ORDER**

Saul,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In accordance with the Court's order issued on March 18, 2021, ECF No. 17 ("March 18 Order"), the Commissioner filed the certified administrative record on April 19, 2021. ECF No. 18. The March 18 Order directed Plaintiff to serve and file her motion for judgment on the pleadings by **June 18, 2021**. To date, Plaintiff has neither filed her motion nor requested an extension of time in which to do so.

      Accordingly, the Court hereby orders that Plaintiff must serve and file her motion by no later than **July 9, 2021**; Defendant must serve and file his opposition to the motion by **September 7, 2021**; and Plaintiff must serve and file her reply by **September 28, 2021**.

      Plaintiff's failure to serve and file her motion, or to request a further extension of time, by July 9, 2021, may result in the Court allowing Defendant to file a motion to dismiss for failure to prosecute.

Dated: June 28, 2021
       White Plains, New York

                                      **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge