UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Rios,

                Plaintiff,                              20 Civ. 4369 (KMK)(AEK)

   -against-                                    **ORDER**

Saul,

                Defendant.

---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On March 18, 2021, the Court issued an order directing Plaintiff to serve and file her motion for judgment on the pleadings by June 18, 2021.  ECF No. 17.  Since Plaintiff failed to file her motion by that date, the Court issued a second order on June 28, 2021, directing Plaintiff to serve and file her motion by no later than July 9, 2021.  ECF No. 19.  In that order the Court cautioned that "Plaintiff's failure to serve and file her motion, or to request a further extension of time, by July 9, 2021, may result in the Court allowing Defendant to file a motion to dismiss for failure to prosecute."  Id.  To date, Plaintiff has neither filed her motion nor requested a further extension of time.

      Accordingly, Defendant is hereby granted permission to file a motion to dismiss for failure to prosecute as follows:  the motion is to be served and filed by August 10, 2021; Plaintiff is to serve and file her opposition by August 24, 2021; and Defendant's reply, if any, is to be served and filed by August 31, 2021.

Dated: July 27, 2021
       White Plains, New York

                                                  **SO ORDERED.**

                                          _____
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge