UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARISEL RIOS,

                Plaintiff,                20 **CIVIL** 4369 (KMK)

    -against-                      **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,
                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order Adopting Report & Recommendation dated August 31, 2022, the Report & Recommendation, dated August 8, 2022, is ADOTPED in its entirety; the Plaintiff's Motion to Remand and/or for Judgment on the Pleadings is denied; the Commissioner's Cross Motion for Judgment on the Pleadings is granted; judgment is entered in favor of Commissioner; accordingly, the case is closed.

**Dated:**  New York, New York
       September 1, 2022

                                      **RUBY J. KRAJICK**

                                            Clerk of Court
                       **BY:**     *J. Saviñon*

                                            **Deputy Clerk**